# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV12 | E 2288636 | Whiteside | 201 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07·26·2025 0107 | VSC 46.2-301 |

Place of Offense: Northbound Richmond Hwy Woodlawn 120

Offense Description: Factual Basis for Charge
Driving while license suspended or revoked.

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: TAHIRU
First Name: ABDUL
M.I.: Razak

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| TPR5341 | VA | 14 | Civic Honda | | BLK |

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov → MCA

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Courthouse Sq Alexandria VA
Date: 6 Oct 25
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 26 July, 2025 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I was conducting a routine check on Northbound Richmond when I made a traffic stop on a black sedan fail to maintain lane. A VCIN NCIC was conducted on Mr. Abdul Tahir which revealed to be suspended out of Commonwealth of Virginia. DSA to with a CVB was issued for driving while license suspended along with failure to maintain with a mandatory court date of 06 October 2025.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07·26·2025  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident